IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS JAMES NEWMAN,<br><br>Defendant. | CR 21–110–BLG–DLC<br><br><br><br>ORDER |

    Before the Court is the United States' motion for final order of forfeiture. (Doc. 44.)  Having reviewed said motion, the Court finds:

    1.    The United States commenced this action pursuant to 18 U.S.C. § 924(d).

    2.    A Preliminary Order of Forfeiture was entered on August 15, 2022. (Doc. 36.)

    3.    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 37.)

    4.    It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

    5.    The Government has indicated that a valid Petition was filed by

1

Joseph Thomas Newman on November 16, 2022, for return of the three firearms but not the ammunition at issue. (Doc. 44 at 2.) The Bureau of Alcohol, Tobacco, Firearms, and Explosives has determined that Mr. Joseph Thomas Newman is the true owner of the claimed property, he is not a prohibited person under federal law, and the following three firearms should be returned to him:

- Remington Arms Company, Inc., 700 Rifle, CAL: 233, S/N: S6590799;
- Savage 98R17, .17 HMR bolt-action rifle, S/N: 1239773;
- Remington Arms Company, Inc., 11-48 Shotgun, CAL: 12, S/N: 5100172;

(*Id.* at 3.)

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 44) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- 11 Rounds of Assorted Ammunition, CAL: 233; and
- 3 Rounds of Assorted Ammunition, CAL: 12.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

4. The United States shall return the Remington Arms Company, Inc., 700 Rifle, CAL: 233, S/N: S6590799; Savage 98R17, .17 HMR bolt-action rifle,

S/N: 1239773; and Remington Arms Company, Inc., 11-48 Shotgun, CAL: 12, S/N: 5100172 to the registered owner, Joseph Thomas Newman.

DATED this 7th day of December, 2022.

_____
Dana L. Christensen, District Judge
United States District Court